# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>         Plaintiff, )<br>         )<br>v.        )<br>         )<br>JUSTIN DOMONIQUE DAVIS, )<br>         )<br>         Defendant. ) | Case No. 18-00205-03-CR-W-RK |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On August 8, 2018, the Grand Jury returned a twenty-three-count Indictment charging five defendants[1] with various charges. Defendant Justin Domonique Davis, was charged with the following counts: seven counts of aiding and abetting a robbery under the Hobbs Act (Counts One–Five, and Counts Eight–Nine); conspiracy to commit robbery under the Hobbs Act (Count Ten); seven counts of and aiding and abetting others, during and in relation to and in furtherance of a crime of violence, carried, possessed, used, brandished a firearm (Counts Eleven–Fifteen, and Counts Eighteen–Nineteen); conspiracy to possess, carry and use various firearms in furtherance of a crime of violence (Count Twenty); aiding and abetting possession of a firearm having previously been convicted of a crime punishable by imprisonment for a term exceeding one year (Count Twenty-One); aiding and abetting a robbery under the Hobbs Act (Count Twenty-Two); and aiding and abetting others, during and in relation to and in furtherance of a crime of violence, carried, possessed, used, brandished, and discharged a firearm (Count Twenty-Three).

The following matters were discussed, and action taken during the pretrial conference:

**TRIAL COUNSEL**:
  Government: Bruce A. Rhoades and Maureen Brackett
   Case Agent: Scott Hamann, financial analyst and paralegal
  Defense: Steven Bradley Willibey (he may have someone assisting at trial)

**OUTSTANDING MOTIONS**: None.

---

[1] Co-Defendant Charles Stephon Porter (4) pled guilty on July 27, 2021. Co-Defendant Anthony NMN Payne, Jr. (5) pled guilty on January 20, 2022. Co-Defendant Joe Lee Nichols (1) is scheduled to change his plea on March 11, 2022. Finally, Co-Defendant Torrence Demond Key (2) is close to requesting a change of plea.

**TRIAL WITNESSES**:
>Government: 30 with stipulations; less than 40 without stipulations
>Defendant: 2 witnesses, including the Defendant

**TRIAL EXHIBITS:**
>Government: approximately 50-70 exhibits, most are videos and photographs
>Defendant: approximately 3 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
>(X) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 4-4½ days total**
>Government's case including jury selection: 3½ day(s)
>Defendant: ½ day(s)

**STIPULATIONS**: No stipulations at this point but the parties are still working on them.

**UNUSUAL QUESTIONS OF LAW:** Possible issues with intertwining of a tenth uncharged robbery that took place.  The Government does not believe it is an unusual question of law but wanted the Court to know of the issue.

**FILING DEADLINES:**

**Witness and Exhibit List**
>Government: Proposed Witness List filed 1/12/2022.  **Due/Updated list(s) due on or before February 1, 2022.**
>Defendants: Proposed Witness List filed 1/24/22.  **Due/Updated list(s) due on or before February 1, 2022**.

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before February 9, 2022.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: Due on or before February 9, 2022.**

**TRIAL SETTING**: Criminal jury trial docket set for February 14, 2022.

**Please note:** Defense counsel requests the second week. There is a federal holiday the first day of the second week, but the parties believe they can try the case in that amount of time.

**IT IS SO ORDERED**

                                              */s/ Lajuana M. Counts*
                                              LAJUANA M. COUNTS
                                              UNITED STATES MAGISTRATE JUDGE