**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | Case No. 4:18-00205-CR-RK-3 |
| JUSTIN DOMINIQUE DAVIS, Defendant. | ) | |

**ORDER**

Pending before the Court is Defendant's Motion to Dismiss Indictment. (Doc. 169.) United States Magistrate Judge Lajuana M. Counts issued a Report and Recommendation denying the Motion to Dismiss. (Doc. 175.) Defendant then filed objections to the Report and Recommendation. (Doc. 210.)

Pursuant to Federal Rule of Criminal Procedure 59(b)(3), "[a] district judge must consider de novo any objection to the magistrate judge's recommendation." After an independent, de novo review of Defendant's original motion (Doc. 169), the record, and applicable law, the Court adopts the Report and Recommendation of Judge Counts in its entirety.

Accordingly, it is hereby **ORDERED** that Defendant's Motion to Dismiss Indictment (Doc. 169) is **DENIED** and the Report and Recommendation (Doc. 175) is **ADOPTED**.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: June 8, 2022