IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18-00205-CR-RK |
| | ) |
| (3) JUSTIN DOMONIQUE DAVIS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On July 21, 2022, Defendant filed a Pro Se Motion to Sever Defendants. (Doc. 246.) Defendant asked that his trial be severed from that of his co-defendants under Rule 14 due to the jeopardy of his speedy trial right and resulting prejudice he argued was likely to arise in a joint trial. The Government opposed the motion. (Doc. 248.) On August 5, 2022, United States Magistrate Judge Counts issued an order denying Defendant's motion. (Doc. 253.) On August 10, 2022, Defendant filed a letter in which he stated "I [would] like for the court[] to have on record that I am objecting to the court[']s decision in denying my motion for severance and I would like to appeal the court[']s ruling, thus I [would] also like for the District judge to review the ruling [d]e novo." (Doc. 258.)

Upon careful and independent review, this Court adopts as its own the August 5, 2022 Order of Magistrate Judge Counts denying Defendant's Pro Se Motion to Sever Defendants. (Doc. 253.) Defendant's appeal (doc. 258) is **DENIED**.

IT IS SO ORDERED.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: August 12, 2022